NO. 27984

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

JAN MICHAEL WEINBERG, Petitioner/Plaintiff-Appellee,

vs.

BRENDA IRENE DICKSON-WEINBERG, Respondent/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(FC-D NO. 04-1-3936)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Moon, C.J., for the court[1])

Petitioner/plaintiff-appellee Jan Michael Weinberg's application for writ of certiorari, filed on February 8, 2010 is hereby accepted.

DATED: Honolulu, Hawai‘i, March 19, 2010.

FOR THE COURT:



Chief Justice

SEAL
APPELLATE COURTS
STATE OF HAWAI‘I

---

[1] Considered by: Moon, C.J., Nakayama, Acoba, and Recktenwald, JJ.; and Circuit Judge Wilson, in place of Duffy, J., recused